## BOOKER v. EVERHART

No. 141 PC.

Case below: 33 N.C. App. 1.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 14 July 1977.

## BROKERS, INC. v. BOARD OF EDUCATION

No. 152 PC.

Case below: 33 N.C. App. 24.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 14 July 1977.

## CLARK v. CLARK

No. 175 PC.

Case below: 33 N.C. App. 404.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 14 July 1977.

## COCA-COLA CO. v. COBLE, SEC. OF REVENUE

No. 157.

Case below: 33 N.C. App. 124.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 14 July 1977.

## INSURANCE CO. v. WALKER

No. 146 PC.

Case below: 33 N.C. App. 15.

Petitions by plaintiff and by defendant for discretionary review under G.S. 7A-31 denied 14 July 1977.